UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRADLEY VERONA, an individual, ) | Case No.: 12-CV-02956-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER VACATING HEARING ON |
| ) | MOTION TO DISMISS AND STRIKE |
| HITACHI GLOBAL STORAGE ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss and Strike appropriate for determination without oral argument. Accordingly, the hearing scheduled for October 11, 2012, is hereby VACATED. The Court will issue an order on the Motion to Dismiss and Strike shortly. The case management conference remains as set on October 11, 2012, at 1:30 p.m.

Dated: October 4, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02956-LHK
ORDER VACATING HEARING ON MOTION TO DISMISS AND STRIKE