UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRADLEY VERONA, an individual, ) | Case No.: 12-CV-02956-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER RE: NOTICE OF SETTLEMENT |
| ) | |
| HITACHI GLOBAL STORAGE ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 4, 2012, the parties filed a Joint Case Management Statement indicating that the parties resolved the above-captioned case on September 12, 2012, and that the parties anticipate that the case will be dismissed no later than October 12, 2012. ECF No. 20. Accordingly, by October 12, 2012, the parties shall file their stipulation of dismissal of the entire action with prejudice or a status report explaining why they are unable to do so. The case management conference set for October 11, 2012, at 1:30 p.m. is hereby continued to October 18, 2012, at 1:30 p.m.

Dated: October 9, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02956-LHK
ORDER RE: NOTICE OF SETTLEMENT