Thomas E. Duckworth (SBN 152369)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail:  Tom@dplolaw.com

Attorneys for Plaintiff Bradley Verona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| Bradley Verona, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>Hitachi Global Storage Technologies Inc., and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 5:12-CV-02956-LHK<br>**STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER**<br><br><br><br>**Complaint filed:**  March 12, 2012<br>**Trial Date:**  None set |

Plaintiff Bradley Verona ("Plaintiff") and Defendant HGST, Inc. (formerly dba Hitachi Global Storage Technologies, Inc.) ("Defendant"), by and through their undersigned counsel of record, hereby stipulate to the following:

1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate that the Complaint (Case No. 5:12-CV-02956-LHK) against Defendant is hereby dismissed with prejudice.

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104

2.       No award of costs or attorneys' fees is to be made in connection with this

dismissal.

Respectfully submitted:

Date: October 10, 2012            DUCKWORTH PETERS LEBOWITZ OLIVIER LLP


                                  ____/s/ Thomas E. Duckworth____
                                  Thomas Duckworth
                                  Attorneys for Plaintiff Bradley Verona

Date: October 10, 2012            PAUL HASTINGS, LLP

                                  ____/s/  Shannon S. Pierce_____
                                  Shannon S. Pierce
                                  Attorneys for Defendant HGST, Inc. (formerly dba Hitachi
                                  Global Storage Technologies, Inc.)

## **ORDER**

IT IS HEREBY ORDERED that the Complaint against Defendant HGST, Inc. (formerly

dba Hitachi Global Storage Technologies, Inc.) is dismissed with prejudice. The Clerk shall

close the file.

Date: October 11, 2012 ...............................   _____
                                                          Honorable Lucy Koh
                                                          United States District Judge

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104