Thomas E. Duckworth (SBN 152369)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail:  Tom@dplolaw.com

Attorneys for Plaintiff Bradley Verona

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| Bradley Verona, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>Hitachi Global Storage Technologies Inc., and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 5:12-CV-02956-LHK<br>**STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER**<br><br><br>**Complaint filed:**  March 12, 2012<br>**Trial Date:**  None set |

Plaintiff Bradley Verona ("Plaintiff") and Defendant HGST, Inc. (formerly dba Hitachi Global Storage Technologies, Inc.) ("Defendant"), by and through their undersigned counsel of record, hereby stipulate to the following:

1.     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate that the Complaint (Case No. 5:12-CV-02956-LHK) against Defendant is hereby dismissed with prejudice.

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104

2.      No award of costs or attorneys' fees is to be made in connection with this dismissal.

Respectfully submitted:

Date: October 10, 2012          DUCKWORTH PETERS LEBOWITZ OLIVIER LLP


____/s/ Thomas E. Duckworth____
Thomas Duckworth
Attorneys for Plaintiff Bradley Verona

Date: October 10, 2012          PAUL HASTINGS, LLP

____/s/  Shannon S. Pierce_____
Shannon S. Pierce
Attorneys for Defendant HGST, Inc. (formerly dba Hitachi Global Storage Technologies, Inc.)

## **ORDER**

IT IS HEREBY ORDERED that the Complaint against Defendant HGST, Inc. (formerly dba Hitachi Global Storage Technologies, Inc.) is dismissed with prejudice. "Vj g'Ergtm\uj cm' enqug''vj g'hkng0

Date: Qevqdgt''33.''4234 """""""""""""""""""""""""  ""     _Lucy H. Koh_____
                                        Honorable Lucy Koh
                                        United States District Judge

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104